UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HANAN RAYYASHI** | ) | CIVIL ACTION |
|     **Plaintiff** | ) | 3:10-CV-01594-VLB |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **ENHANCED RECOVERY COMPANY, LLC** | ) | |
|     **Defendant** | ) | |
| | ) | **DECEMBER 10, 2010** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Hanan Rayyashi, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, HANAN RAYYASHI**

    By: \_/s/Daniel S. Blinn\_\_\_\_
        Daniel S. Blinn, ct02188
        Matthew W. Graeber, ct27545
        dblinn@consumerlawgroup.com
        Consumer Law Group, LLC
        35 Cold Spring Rd. Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408; Fax. (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 10th day of December 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn